**Order entered July 30, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00136-CR

**RICHARD EARL DRIVER, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80032-2013**

## ORDER

The Court **GRANTS** appellant's July 7, 2014 amended motion to extend time to file his brief. We **ORDER** the appellant's brief received on June 29, 2014 filed as of the date of this order.

The State's brief is due in this appeal and in the companion case 05-14-00135-CR within **THIRTY DAYS** of the date of this order.

/s/    DAVID EVANS
        JUSTICE